**Harvey THOMPSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 52245.

Missouri Court of Appeals,
Western District.

June 25, 1996.

Jeannie Arterburn, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and
HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Movant filed a Rule 24.035 motion more than ninety days after being delivered to the Department of Corrections. The motion was dismissed as untimely. Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Donald NATIONS, Appellant.**

No. WD 51594.

Missouri Court of Appeals,
Western District.

June 25, 1996.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and
HANNA and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Donald Nations appeals his convictions of two counts of sodomy because of improper argument by the prosecutor. The error did not rise to the level of plain error causing manifest injustice or miscarriage of justice. Affirmed. Rule 30.25(b).